# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SHIRLEY L. PHELPS-ROPER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:10-cv-2232 AGF |
| COUNTY OF ST. CHARLES, MISSOURI, | ) |
| Defendant. | ) |

### Motion for Summary Judgment

Pursuant to Federal Rule of Civil Procedure 56(a) and for the reasons set forth in the memorandum in support of this motion, Plaintiffs move this Court for entry of summary judgment against Defendant on Counts II and IV of their second amended complaint. Because Counts I and III have previously been dismissed, the grant of summary judgment would resolve all merits issues raised by the amended complaint.

As fully set forth in the accompanying memorandum in support, there are no genuine issues with respect to any material fact as to Counts II and IV of the amended complaint. Accordingly, Plaintiffs should be granted summary judgment on each count.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert #44827MO
Grant R. Doty #60788MO
American Civil Liberties Union
    of Eastern Missouri
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
FAX: (314) 652-3112
tony@aclu-em.org
grant@aclu-em.org

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was posted to CM/ECF on November 10, 2011, and therefore served on the following:

Joann Leykam
County Counselor
100 North Third Street
St. Charles, Missouri 63301

Bob Hoeynck
Assistant County Counselor
100 North Third Street, Suite 216
St. Charles, Missouri 63301

/s/ Anthony E. Rothert