UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHIRLEY L. PHELPS-ROPER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:10CV02232 AGF |
| COUNTY OF ST. CHARLES, MISSOURI, | ) |
| Defendant. | ) |

**ORDER**

In light of the decision issued by the Eighth Circuit Court of Appeals on April 26, 2013, in *Phelps-Roper v. Kostner*, No. 10-3076,

**IT IS HEREBY ORDERED** that the stay entered in this case on November 13, 2012, is **LIFTED**. The parties are reminded of their obligation to file a joint proposed scheduling plan, as set forth in the Memorandum and Order entering the stay (Doc. No. 83), for the continued litigation of the present case.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 30th day of April, 2013.