UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY L. PHELPS-ROPER, and MEGAN PHELPS-ROPER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:10CV02232 AGF |
| COUNTY OF ST. CHARLES, MISSOURI, | ) ) ) | |
| Defendant. | ) ) | |

## JUDGMENT

Pursuant to the Memorandum and Order entered herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment is entered on behalf of Defendant and against Plaintiffs on Plaintiffs' federal constitutional claims (Counts I and II); and that Plaintiffs' state claims are dismissed without prejudice.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 15th day of November, 2013.